IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No.  03-cv-02512-WYD-PAC

KAREN DUDNIKOV; and
MICHAEL MEADORS,

        Plaintiffs,

v.

MGA ENTERTAINMENT, INC., a California corporation,

        Defendant.

_____

## JUDGMENT
_____

        Pursuant to and in accordance with the Order Affirming and Adopting United States Magistrate Judge's Recommendation, filed on August 17, 2005 by the Honorable Wiley Y. Daniel, United States District Judge, and incorporated herein by reference as if fully set forth, it is

        ORDERED that judgment is hereby entered in favor of defendant, MGA Entertainment, Inc., and against plaintiffs, Karen Dudnikov and Michael Meadors, on Defendant's Motion for Summary Judgment.  It is further

        ORDERED that plaintiffs' complaint and action are dismissed.

        DATED at Denver, Colorado this <u>18th</u> day of August, 2005.

        FOR THE COURT:

        GREGORY C. LANGHAM, CLERK


        s\ Stephen P. Ehrlich,
        Stephen P. Ehrlich,
        Chief Deputy Clerk