IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-D-2512 (PAC)

KAREN DUDNIKOV and
MICHAEL MEADORS,

    Plaintiff(s),

v.

MGA ENTERTAINMENT, INC., a California Corporation,

    Defendant(s).

_____

**ORDER**
_____

    Plaintiffs' Motion for Disallowance filed September 7, 2005, ("Motion") is **DENIED WITHOUT PREJUDICE.**  The Motion was filed prior to entry of the Bill of Costs on September 8, 2005.  Plaintiffs may file an objection to the Bill of Costs as entered, if they so choose.

Dated:  September 20, 2005

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge